IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY M. GREEN                                                                                    PLAINTIFF
ADC #138722

v.                                   No: 4:23-cv-00024 BRW-PSH

DOES                                                                                              DEFENDANTS

## ORDER

Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district. Except in circumstances not present in this case, federal venue is proper where the events giving rise to the claim occurred, or where any defendant resides.[1] Plaintiff's allegations involve events that occurred in Malvern, Arkansas in Hot Spring County, and Defendants are located there. Hot Spring County is in the Hot Springs Division of the United States District Court for the Western District of Arkansas, and this case should have been brought there. A "district court of a district in which a case is filed laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."[2] Accordingly, it is in the interest of justice to transfer this case to the United States District Court for the Western District of Arkansas.

IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

DATED this 14th day of February, 2023.

                                                                            BILLY ROY WILSON
                                                                            UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1391(b).
[2] *See* 28 U.S.C. § 1406(a).